# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOVEREIGN PEAK VENTURES, LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANKER INNOVATIONS TECHNOLOGY ) <br> CO., LTD. and ANKER TECHNOLOGY ) <br> CORPORATION, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:19-cv-00667-MN <br><br> JURY TRIAL DEMANDED |

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)**

Plaintiff Sovereign Peak Ventures, LLC, pursuant to Fed. R. Civ. P. 41(a), hereby dismisses all claims in this action with prejudice, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated October 8, 2019, with each party to bear its own costs, expenses and attorneys' fees.

Dated: October 21, 2019

Respectfully submitted,

/s/ Stamatios Stamoulis
Stamatios Stamoulis
stamoulis@swdelaw.com
Rich Weinblatt
weinblatt@swdelaw.com
STAMOULIS & WEINBLATT, LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540

OF COUNSEL

M. Elizabeth Day (pro hac vice forthcoming)
eday@feinday.com
Marc Belloli (pro hac vice forthcoming)
mbelloli@feinday.com
FEINBERG DAY KRAMER ALBERTI LIM
TONKOVICH & BELLOLI LLP
1600 El Camino Real, Suite 280
Menlo Park, CA. 94025
650 618-4360

1